IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSE BURGOS-RODRIGUEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

CIVIL ACTION NO.: 2:23-cv-76

**O R D E R**

Plaintiff filed his cause of action on June 20, 2023, and paid the full filing fee on August 8, 2023. Doc. 1; Dkt. entry dated Aug. 8, 2023. Plaintiff has provided the Court with no proof of service on any of the named Defendants. Accordingly, Plaintiff shall have 14 days from the date of this Order to either show proof of service on Defendants or good cause for his failure to serve Defendants. Plaintiff's failure to respond to this Order will result in the dismissal of his cause of action based on his failure to follow this Court's Orders and to prosecute his case. The Court **DIRECTS** the Clerk of Court to provide Plaintiff with a copy of Federal Rule of Civil Procedure 4, along with a copy of this Order.

**SO ORDERED**, this 2nd day of October, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA