IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSE BURGOS-RODRIGUEZ, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-76 |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

**O R D E R**

Plaintiff filed his cause of action on June 20, 2023, and paid the full filing fee on August 8, 2023.  Doc. 1; Dkt. entry dated Aug. 8, 2023.  Because Plaintiff did not provide the Court with proof of service on any of the named Defendants, I issued a show cause Order for Plaintiff to either show proof of service on Defendants or good cause for his failure to serve Defendants.  I directed the Clerk of Court to provide Plaintiff with a copy of Federal Rule of Civil Procedure 4 to assist Plaintiff.  Doc. 11.  Plaintiff has responded to this Order.  Doc. 12.

Plaintiff states he included a certificate of service with his Complaint, which he contends shows he complied with Rule 4 and 28 U.S.C. § 1746.  Id. at 1.  Plaintiff also states this certificate of service is sworn under penalty of perjury and shows he mailed a copy of his Complaint to the named Defendants at their place of work and to the United States Attorney's Office using the United States Postal Service's First Class Mail service.  Id.  Plaintiff asserts he need not provide any further proof of service.  Id. at 2.

Plaintiff did provide a certificate of service with his Complaint.  Doc. 1 at 6.  However, it appears Plaintiff misunderstands the requirements for service under Rule 4.  First, summonses

must be served along with a complaint under Rule 4.  Fed. R. Civ. P. 4.  There is no indication Plaintiff served any summonses with his Complaint.  Second, Plaintiff names the United States of America and federal employees or contractors as Defendants, and service of his Complaint must comport with Rule 4(i) and any incorporated provisions of the Rule.  At this point, it does not appear Plaintiff has met the requirements of Rule 4.

Because Plaintiff has shown he has attempted service, the Court provides him with additional time to comply with Rule 4 and its requirements for service.  Plaintiff is to provide the Court with a status update regarding Rule 4 service on the named Defendants **on or before December 4, 2023**.  Plaintiff's failure to provide this update may result in the dismissal of his Complaint.  The Court **DIRECTS** the Clerk of Court to provide Plaintiff with another copy of Federal Rule of Civil Procedure 4 to assist Plaintiff's efforts at service.

**SO ORDERED**, this 24th day of October, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA