# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

JOSE BURGOS-RODRIGUEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA, NURSE DRURY, NURSE GRIMES, and DOES 1 & 2,

    Defendants.

2:23-cv-76

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 27. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **GRANT as unopposed** Defendants United States, Drury, and Grimes's Motion to Dismiss and **DISMISS without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 3 day of September, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA