AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSE BURGOS-RODRIGUEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA, NURSE DRURY, NURSE GRIMES, and DOES 1 & 2,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-076

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered September 4, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' motion to dismiss is granted, and Plaintiff's complaint is dismissed without prejudice. Further, Plaintiff is denied leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 9, 2024

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020